**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GOOSEHEAD INSURANCE AGENCY, LLC,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § | **Civil Action No. 4:19-cv-01040-O** |
| **WILLIAMS INSURANCE AND CONSULTING, INC. et al.,** | § § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Counts I, III, IV and V of Defendants' Amended Counterclaim and to Apply Texas Law to Counts II and VI. Motion, ECF. 41. The parties are **DIRECTED** to brief whether Chapter 271 of the Texas Business and Commerce Code applies to this dispute. *See* Tex. Bus. & Com. Code § 271.001-11. Plaintiff must file its supplemental brief on this issue no later than **August 25, 2020**. Defendant must file its response no later than **August 27, 2020**. Plaintiff may reply no later than **August 28, 2020**.

**SO ORDERED** on this **21st day** of **August, 2020**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE